IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

ORLANDO A SAEZ CINTRON

LIMARIS ROLON LABOY

DEBTOR(S)

CASE 10-08587-BKT

CHAPTER 13

## TRUSTEE'S REPORT ON CONFIRMATION

1. A meeting of creditors pursuant to Section 341 was held on **October 20, 2010**. The meeting was (was not) duly attended by debtor(s) and their attorney.

2. The liquidation value of the estate has been determined to be: $43,879 (PV $50,898)

3. With respect to the attached payment plan:

AMENDED PLAN DATE: November 15, 2010       PLAN BASE: $98,400.00

TRUSTEE'S COMMENTS AND RECOMENDATIONS DATED: 11/22/2010

[ ] FAVORABLE        [X] UNFAVORABLE

1. [X] FEASIBILITY 11 USC § 1325(a)(6):
   Debtor has not made payments to trustee. He owes 2 payments (total: $2,800).

2. [ ] INSUFFICIENTLY FUNDED § 1325(b):

3. [ ] UNFAIR DISCRIMINATION § 1322(b):

4. [X] FAILS LIQUIDATION VALUE TEST § 1325(a)(4):
   Plan pays $23,682 to uns. creditors, which does not comply with liquidation value assessed. Also, pending title search over res/comm.properties. Also pending balance of mortgage loan over Royal Town property.

5. [X] FAILS DISPOSABLE INCOME TEST § 1325(b)(1)(B):
   All monthly operating reports have not been filed. Also projected disp. income is not clear upon reviewing available MOR's and Schedules I and J.

6. [ ] DOES NOT PROVIDE FOR SECURED CREDITOR § 1325(a)(5):

7. [X] OTHER:
   Properties at Schedule "A" and inheritance property at Schedule "B" do not have adequate description.

NOTICE: This report anticipates Trustee's position as per 11 USC § 1302(b)(2) a copy of which has been served upon counsel for debtor(s). Copies are available to parties in interest at the Trustee's Office.

Atty Fee:$3,000.00 /$1,136.00/$1,864.00

Atty: JOSE PRIETO CARBALLO

/s/ Miriam Salwen Acosta

Miriam Salwen Acosta
USDC # 208910
For:
**ALEJANDRO OLIVERAS RIVERA**
Chapter 13 Trustee
PO Box 9024062, Old San Juan Station
San Juan PR 00902-4062