IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

RE

ORLANDO SAEZ CINTRON
LIMARIS ROLON LABOY

DEBTOR

CASE NO. 10-08587 BKT

CHAPTER 13

# MOTION TO INFORM AMENDED PLAN

TO THE HONORABLE COURT:

**NOW COMES** the debtor, through the undersigned attorney, and very respectfully alleges and prays:

1. That today the debtor is filing an amended chapter 13 repayment plan.

2. That the reason for amendment is to increase the base of the plan.

**WHEREFORE, it is** respectfully requested to this Honorable Court to take notice of the aforementioned.

**RESPECTFULLY SUBMITTED.**

**I HEREBY CERTIFY** that a true and exact copy of the foregoing motion has been filed electronically with the Clerk of the Court using CM/ECF systems which will send notification of such to the Chapter 13 Trustee, and we sent copy of this document through regular mal to debtor (s) and all non CM/ECF participants interested parties to their addresses listed on the master address list.

In San Juan, Puerto Rico this 22ND day of February of 2011.

JPC LAW OFFICE

Jose M Prieto Carballo, Esq
P.O. Box 363565
San Juan, P.R. 00936-3565
Tel (787) 607-2066 & Tel (787) 607-2166
jpc@jpclawpr.com

By: /s/ Jose M Prieto Carballo, Esq.

# United States Bankruptcy Court
## District of Puerto Rico

IN RE:                      Case No. **10-08587-13**

**SAEZ CINTRON, ORLANDO A & ROLON LABOY, LIMARIS**     Chapter **13**
Debtor(s)

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: _____
☐ PRE ☐ POST-CONFIRMATION

☑ AMENDED PLAN DATED: **2/22/2011**
Filed by: ☑ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

| | | | | |
|---|---|---|---|---|
| $ | 1,400.00 x | 12 = $ | 16,800.00 |
| $ | 1,600.00 x | 24 = $ | 38,400.00 |
| $ | 1,800.00 x | 24 = $ | 43,200.00 |
| $ | x | = $ | |
| $ | x | = $ | |

TOTAL: $ **98,400.00**

Additional Payments:
$ **18,000.00** to be paid as a LUMP SUM within **36 months** with proceeds to come from:

☐ Sale of Property identified as follows:

☑ Other:
**REFINANCE OF THE COMERCIAL PROPERTY**

Periodic Payments to be made other than, and in addition to the above:
$_____ x _____ = $_____

PROPOSED BASE: $ **116,400.00**

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **1,864.00**

Signed: **/s/ ORLANDO SAEZ CINTRON**
Debtor

**/s/ LIMARIS ROLON LABOY**
Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ___ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☑ Trustee pays secured ARREARS:
Cr. **DORAL BANK**     Cr. _____     Cr. _____
# **80029892**     # _____     # _____
$ **72.00**     $ _____     $ _____
2. ☑ Trustee pays IN FULL Secured Claims:
Cr. **BPPR**     Cr. **CRIM**     Cr. **SCOTIABANK**
# **9051**     # _____     # **9210112021**
$ **8,222.00**     $ **2,184.00**     $ **59,500.00**
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____     Cr. _____     Cr. _____
# _____     # _____     # _____
$ _____     $ _____     $ _____
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:
5. ☐ Other:
6. ☑ Debtor otherwise maintains regular payments directly to:
**DORAL BANK**
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
☐ Paid 100% / ☐ Other: _____
Cr. _____     Cr. _____     Cr. _____
# _____     # _____     # _____
$ _____     $ _____     $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: *(Executory contracts; payment of interest to unsecureds, etc.)*
FAILURE TO TIMELY OBJECT TO THIS PLAN BY A CREDITOR CONSTITUTES A WAIVER OF THE EQUAL MONTHLY AMOUNT METHOD OF PAYMENT 11 USC 1325 (a)(5).

ATTORNEY'S FEES WILL BE PAID AHEAD OF SECURED CREDITORS PER 11 USC 330.

TAX REFUNDS, IF ANY ARE RECEIVED BY DEBTOR, WILL BE TENDERED TO THE TRUSTEE AS PERIODIC PAYMENTS TO FUND THE PLAN UNTIL PLAN COMPLETION IN ADDITION TO PAYMENTS ALREADY PROVIDED HEREIN. IF DEBTOR(S) NEED TO USE ANY PART OF THESE FUNDS, PROPER AUTHORIZATION WILL BE SOUGHT FROM THE COURT FOR SUCH PURPOSE.

DEBTOR WILL MANTAIN DIRECT PAYMENTS TO SCOTIABANK MORTGAGE OVER COMERCIAL PROPERTY

Attorney for Debtor **Jose Prieto**           Phone: **(787) 607-2066**

CHAPTER 13 PAYMENT PLAN

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SAEZ CINTRON, ORLANDO A
RR05 BOX 8190
BAYAMON, PR 00956

DIRECT TV
P O BOX 71413
SAN JUAN, PR 00936

ROLON LABOY, LIMARIS
RR05 BOX 8190
BAYAMON, PR

DORAL BANK
P O BOX 71528
SAN JUAN, PR 00936

Jose Prieto
PO Box 363565
San Juan, PR 00936-3565

FIRST BANK
P O BOX 9146
SAN JUAN, PR 00908

AEE
P O BOX 363508
SAN JUAN, PR 00936

ONELINK
P O BOX 71496
SAN JUAN, PR 00936

AMEX
P O BOX 360001
FT LAUREDALE, FL 33336-0001

RG PREMIER BANK
P O BOX 2510
GUAYNABO, PR 00970

AMEX
AMERICAN EXPRESS
PO BOX 1270
NEWARK, NJ 00701

SAMS
G E MONEY BANK
P O BOX 530942
ATLANTA, GA 30353-0943

BBVA
P O BOX 364745
SAN JUAN, PR 00936

SANTANDER DE PR
P O BOX 362589
SAN JUAN, PR 00936

BPPR
P O BOX 366818
SAN JUAN, PR 00936

SCOTIABANK
P O BOX 362394
SAN JUAN, PR 00936-2396

BPPR
P O BOX 3228
SAN JUAN, PR 00936

CRIM
P.O. Box 195387
SAN JUAN, PR 00919