IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | CASE NUMBER: 10-09369 BKT |
| ORLANDO A SAEZ CINTRON<br>LIMARIS ROLON LABOY | CHAPTER 13 |
| DEBTOR(S) | |

## ANSWER TO MOTION TO DISMISS
## FILED BY CHAPTER 13 TRUSTEE AND FIRST BANK OF PR

TO THE HONORABLE COURT:

**NOW COMES** the debtor, through the undersigned attorney, and very respectfully alleges and prays:

1. That the Chapter 13 Trustee and creditor, First Bank of PR filed a Motion to Dismiss stating that debtor arrears with the plan.

2. That debtor is submitting evidence of having cured $2,800.00 of the arrears with the plan.

3. That debtor request an additional extension of 30 days to become current with the trustee.

**WHEREFORE,** it is respectfully requested to this Honorable Court to take notice of the aforementioned, deny the motions requesting the dismissal filed by the Chapter 13 Trustee and FirstBank of PR.

**RESPECTFULLY SUBMITTED.**

**I HEREBY CERTIFY** that a true and exact copy of the foregoing motion has been filed electronically with the Clerk of the Court using CM/ECF systems which will send notification of such to the Chapter 13 Trustee, and we sent copy of this document through regular mal to debtor (s) and all non CM/ECF participants interested parties to their addresses listed on the master address list.

**In San Juan, Puerto Rico this 27th day of May of 2011.**

JPC LAW OFFICE

Jose M Prieto Carballo, Esq
P.O. Box 363565
San Juan, P.R. 00936-3565
Tel (787) 607-2066 & Tel (787) 607-2166
jpc@jpclawpr.com

By: /s/ Jose M Prieto Carballo, Esq.